**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- **x**

EXPORT DEVELOPMENT CANADA,                      :

                                    :  21 Civ. 3758 (NRB) (RWL)

           Plaintiff,                           :

                                      :  **JUDGMENT**

    – v. –                                      :

                                      :

EAST COAST POWER & GAS, LLC,                    :

                                      :

           Defendant.                          :
-------------------------------------------------------------------- **x**

Plaintiff Export Development Canada and defendant East Coast Power & Gas, LLC, having stipulated to the entry of judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.      Judgment is entered in favor of Export Development Canada against East Coast Power & Gas, LLC, for $11,827,109.17.  Post-judgment interest will continue to accrue at the rate of 9% per annum, compounding daily.  Export Development Canada shall have due execution on this judgment after June 28, 2021.

**IT IS SO ORDERED.**

Dated: New York, New York
       June ___, 2021

                                       _____
                                       Hon. Naomi Reice Buchwald
                                       United States District Court Judge