UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
   EXPORT DEVELOPMENT CANADA,        :

                               :  21 Civ. 3758 (NRB) (RWL)
           Plaintiff,                     :
                               :  **JUDGMENT**
   – v. –                                 :
                               :
   EAST COAST POWER & GAS, LLC,        :
                               :
           Defendant.                   :
------------------------------------------------------------------ x

      Plaintiff Export Development Canada and defendant East Coast Power & Gas, LLC, having stipulated to the entry of judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that:

      1.    Judgment is entered in favor of Export Development Canada against East Coast Power & Gas, LLC, for $11,827,109.17.  Post-judgment interest will continue to accrue at the rate of 9% per annum, compounding daily.  Export Development Canada shall have due execution on this judgment after June 28, 2021.

**IT IS SO ORDERED.**

Dated: New York, New York
        June __4__, 2021

                                            _/s/ Naomi Reice Buchwald_
                                            Hon. Naomi Reice Buchwald
                                            United States District Court Judge