```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EXPORT DEVELOPMENT CANADA

                              Plaintiff,

    - against -

EAST COAST POWER & GAS, LLC,

                              Defendants.
-----------------------------------------------------------------X

21-CV-3758 (NRB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the letter motion to compel filed by judgment-creditor Export Development Canada ("EDC") at Dkt. 55 requesting relief with respect to a variety of discovery requests. Judgment-debtor East Coast Power & Gas ("East Coast") has responded at Dkt. 56. Having considered the parties' letters, the requested material, and prior proceedings, the Court orders that by January 12, 2023:

      1.     East Coast shall complete a diligent search of its records for documents responsive to Plaintiff's First and Second sets of document requests.

      2.     East Coast shall file a declaration describing its search and confirming compliance.

      3.     For any request to which East Coast has objected, East Coast shall identify any responsive documents being withheld on the basis of the objection asserted.

      4.     East Coast shall produce to EDC any additional documents located through the required search and not withheld on the basis of a good faith objection that has not been overruled.

5. East Coast shall produce to EDC a privilege log that is fully compliant with the Federal Rules of Civil Procedure.

6. East Coast shall identify to EDC the East Coast employee that has been carrying out the search for documents and responding to discovery requests.

7. EDC's request for costs and fees is denied without prejudice to a later application depending on East Coast's compliance with this order.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 55.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 14, 2023
New York, New York

Copies transmitted this date to all counsel of record.