UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EXPORT DEVELOPMENT CANADA,          :
                                    :   21 Civ. 3758 (NRB) (RWL)
          Judgment-Creditor,        :
                                    :   **ORDER RE REMOTE DEPOSITIONS**
          – v. –                    :
                                    :
EAST COAST POWER & GAS, LLC,        :
                                    :
          Judgment-Debtor.          :
-------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having considered the parties' correspondence at Dkts. 110-111 concerning remote depositions, the Court orders as follows:

1.      At the deposing party's discretion, post-judgment depositions may be taken remotely by Zoom (or other audio-visual platform) and may be recorded by video, Realtime or standard stenography, and Zoom. The Court reporter, videographer, witness, and counsel may all appear from their offices or homes. All witnesses may be sworn in remotely and, provided the officer administering the oath is authorized to do so under the laws of any state, they need not be so authorized in the state where the witness is located.

2.      Depositions conducted remotely shall have the same force and effect and may be used to the same extent as if they had been conducted in person.

3.      Counsel taking and defending a remote deposition shall each use best efforts so that both they and their witness(es) are using reliable technology internet connections that are hard-wired to the internet and not operating wirelessly.

4.      To allow the videographer to record the witness properly, all witnesses shall have their own individual camera relaying their appearance without obstruction.

1

5.    All attorneys shall have their own individual camera relaying their appearance which shall remain on during questioning, and attorneys shall not communicate or confer with witnesses in a manner that would be improper at an in-person deposition, whether by text, instant messaging, email, hand signals, whispers, verbal communication, or any other means.

6.    Any party noticing a nonparty's remote deposition shall serve the nonparty with a copy of this order. Unless the nonparty files a letter motion requesting that their deposition take place in person pursuant to this Court's Individual Practices and applicable case-law within 10 days of such service, their deposition will proceed in accordance with the terms hereof.

SO ORDERED

_____
Robert W. Lehrburger
United States Magistrate Judge

Dated: July 19, 2024
       New York, New York