UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

EXPORT DEVELOPMENT CANADA

                    Plaintiff,

     - against -

EAST COAST POWER & GAS, LLC,

                 Defendants.

------------------------------------------------------------------X

21-CV-3758 (NRB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Judgment Creditor EDC's letter motion at Dkt. 107 seeking to compel Judgment Debtor East Coast to, among other tasks, complete its production in response to EDC's Third Request for Documents within two weeks.  EDC served its requests on May 29, 2024; East Coast responded June 28, 2024.  EDC filed its letter motion on July 9, 2024.  While post-judgment discovery has been going on for some time, and EDC has had to file several applications to compel, EDC's present concerns are partly of its own making – it served 49 new document requests on top of the 50 previously served.  The Court has reviewed the requests, many of which appear to be expansive.  It is not surprising that East Coast needs more time to comply, not to mention that East Coast has only one full-time employee who is recovering from a severe accident.  At the same time, East Coast has been noncommittal and vague on providing dates for completion, and it improperly responded by lodging numerous objections without identifying what documents, if any, were being withheld on the basis of which objections.  Accordingly:

    1.  By July 26, 2024, East Coast shall provide EDC with amended objections.

2.  By July 31, 2024, the parties shall meet and confer in good faith on East Coast's proposals for narrowing the requests and tailoring parameters of an electronic search. The parties shall complete the meet and confer process and arrive upon an agreed-upon scope of search by August 9, 2024.

3.  East Coast shall complete its document production and produce a privilege log by August 30, 2024.

The Clerk of Court is directed to terminate the letter motion at Dkt. 107.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
         New York, New York

Copies transmitted this date to all counsel of record.

2